# Order

Michigan Supreme Court
Lansing, Michigan

February 22, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

156737(76)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MICHIGAN ASSOCIATION OF HOME
BUILDERS, ASSOCIATED BUILDERS AND
CONTRACTORS OF MICHIGAN, and
MICHIGAN PLUMBING AND MECHANICAL
CONTRACTOR ASSOCIATION,
        Plaintiffs-Appellants,

v

CITY OF TROY,
        Defendant-Appellee
_____/

SC: 156737
COA: 331708
Oakland CC: 2010-115620-CZ

On order of the Chief Justice, the motion of Kickham Hanley PLLC to file a brief amicus curiae is GRANTED. The amicus brief submitted on March 20, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2019



Clerk